**GLAXO WELLCOME INC.,**
**Plaintiff–Appellant,**

v.

**GENENTECH, INC., Defendant–**
**Appellee.**

No. 01–1386.

United States Court of Appeals,
Federal Circuit.

DECIDED: Sept. 13, 2002.

Before BRYSON, Circuit Judge,
FRIEDMAN, Senior Circuit Judge, and
LINN, Circuit Judge.

### ORDER

GLAXO WELLCOME INC. files a stipulation and motion to dismiss the appeal pursuant to Federal Rule of Appellate Procedure 42(b).

The parties having so agreed, it is

ORDERED that the motion is granted and the proceeding is DISMISSED with prejudice under Federal Rule of Appellate Procedure 42(b). Each party to bear its own fees and costs.